**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA

VS.

**MARCUS CALDWELL**,

Supervised Releasee

NO. 5: 04-CR-26 (WDO)

R<small>E</small>: V<small>IOLATION OF</small> S<small>UPERVISED</small> R<small>ELEASE</small>

## O R D E R

MARCUS CALDWELL, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for an I<small>NITIAL</small> A<small>PPEARANCE</small> H<small>EARING</small> under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. Reza Sedghi of the Macon Bar. The government was represented by Assistant U. S. Attorney Verda Colvin. The **SUPERVISED RELEASEE** was advised of the nature of the proceedings against him and of his legal and constitutional rights; with assistance of counsel, he WAIVED a preliminary hearing under Rule 32.1(b)(1) of the *Rules* and agreed that a *FINAL* hearing could be scheduled under Rule 32.1(b)(2).

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the P<small>ETITION FOR</small> A<small>CTION ON</small> S<small>UPERVISED</small> R<small>ELEASE</small>, *inter alia*, that the **SUPERVISED RELEASEE** violated conditions of supervision by violating state law. The court was also advised that he has a serious problem abusing alcohol. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the district judge assigned to this case as directed by him for a FINAL REVOCATION HEARING .  The Clerk of Court is directed to forward this order and the within file to the district judge for the scheduling of said FINAL REVOCATION HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 15th day of AUGUST, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE